UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VLADIMIR KHRESTSOV,

               Petitioner,

v.

WILLIAM BARR, et al.,

               Respondents.

Case No. C19-874-RSL-MLP

ORDER DIRECTING GOVERNMENT
TO FILE SUPPLEMENTAL BRIEF

Petitioner initiated this 28 U.S.C. § 2241 habeas action to obtain release from immigration detention. The Government has moved to dismiss, arguing that Petitioner is not entitled to release because his removal to Ukraine is significantly likely to occur in the reasonably foreseeable future. Petitioner did not oppose the motion to dismiss, which was noted for August 2, 2019. On September 20, 2019, however, Petitioner filed a status report and supplemental brief, arguing that he is entitled to release because the Government has made no progress toward obtaining a travel document to the Ukraine in the 13 months since his removal order became final.

The Court now ORDERS the Government to respond, **within 14 days**, to Petitioner's status report and include following:

(1) Petitioner was born in the Donetsk region of what is now Ukraine before Ukraine's independence from the Soviet Union. The Government argues that Petitioner's removal is likely to occur in the reasonably foreseeable future because, since October 2017, the United States has successfully repatriated three of four individuals from that region. (*See* Dkt. # 8.) The Government should address: (a) Were these four individuals born before Ukraine obtained its independence? (b) For the three individuals who were successfully removed, how much time elapsed between the Government requesting a travel document and a travel document being issued? (c) For the individual who could not be removed, how much time elapsed between the Government requesting a travel document and denial of the request and what was the basis for the denial?

(2) What is the current status of the Government's request for a travel document for Petitioner?

(3) Does the Government still maintain that Petitioner's removal is likely to occur in the reasonably foreseeable future?

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 25th day of September, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge